UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
ERETZ GOSHEN FARMS INC.,                          :
            Plaintiff,        :
                                  :     19 Civ. 11213 (LGS)
     -against-               :
                                  :     ORDER
AUTO CURE LLC, ET AL.,                             :
            Defendants.      :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the affidavit of service at Dkt. No. 9 shows that Defendant Auto Cure LLC must respond to the Complaint by January 8, 2020. Defendant has not timely appeared or responded to the Complaint;

WHEREAS, the docket does not reflect affidavits of service for Defendants Cole Ducey and Joseph Ducey. It is hereby

**ORDERED** that if Plaintiff is in communication with Defendant Auto Cure, then Plaintiff shall convey this Order to Defendant. Defendant Auto Cure shall appear and respond to the Complaint *nunc pro tunc* as soon as possible. If Plaintiff and Defendant Auto Cure are not in communicate, then Plaintiff shall advise by letter, by **January 24, 2020**, whether it intends to move for default judgment as to this Defendant. It is further

**ORDERED** that, in the **January 24, 2020, letter**, Plaintiff shall also advise on status of service for the remaining two Defendants. If served by that date, Plaintiff shall directly file the affidavits of service on the docket.

Dated: January 10, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE