UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2020
```

ERETZ GOSHEN FARMS INC., and
WARNER P. BASS,

                Plaintiffs,

-against-

AUTO CURE LLC, COLE DUCEY, and
JOSEPH DUCEY.,

                Defendants.

1:19-cv-11213-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The hearing on Plaintiffs' motion for a default judgment scheduled for August 19, 2020 will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

    Plaintiffs are directed to send a copy of this Order to the Defendants.

**SO ORDERED**

Dated: August 14, 2020
       New York, New York

                                                      _____
                                                      MARY KAY VYSKOCIL
                                                     United States District Judge